IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02369-RPM

BACKGROUND INFORMATION SERVICES, INC.,
a Colorado corporation,

        Plaintiff,

v.

LEXISNEXIS COURTLINK, INC., a Delaware corporation;
OFFICE OF THE COLORADO STATE COURT ADMINISTRATOR; and
GERALD A. MARRONEY, State Court Administrator,

        Defendants.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

Upon consideration of the Stipulation for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1), filed January 19, 2006, and that stipulation being consistent with the oral settlement arrived at and stated of record at the hearing on December 28, 2005, and the Court having also today heard the plaintiff's motion for court to retain jurisdiction and having determined that the relief requested there is inappropriate and beyond this Court's subject matter jurisdiction it is now

ORDERED that this civil action is dismissed with prejudice.

DATED: February 2, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge