IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02369-RPM

BACKGROUND INFORMATION SERVICES, INC.,
a Colorado corporation,

        Plaintiff,

v.

LEXISNEXIS COURTLINK, INC., a Delaware corporation;
OFFICE OF THE COLORADO STATE COURT ADMINISTRATOR; and
GERALD A. MARRONEY, State Court Administrator,

        Defendants.
_____

ORDER DENYING MOTION TO INTERVENE
_____

On February 1, 2006, Courthouse News Service, Inc., filed a motion to intervene as a plaintiff in this civil action. Because this civil action is now dismissed with prejudice it is

ORDERED that the motion to intervene is denied.

DATED: February 2, 2006

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge